**Order entered December 12, 2014**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

---

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

Before the Court are appellant's December 9, 2014 motions seeking an extension of time to January 13, 2015 to file her briefs relating to the order on the motion to modify and order on the motion to enforce. Appellant mistakenly states that her briefs are due on December 14, 2014. Appellant's brief is due on January 2, 2015. We **GRANT** appellant's motions **TO THE EXTENT** that appellant shall file a **single** brief addressing both orders she is complaining about by **JANUARY 13, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE